## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## ST. LOUIS DIVISION

RONALD LEES, on behalf of Himself )
and other similarly situated, )
                                    )      Case No. 4:13-cv-01411-SNLJ
         Plaintiff, )
v. )      Hon. Stephen N. Limbaugh, Jr.
                                    )
ANTHEM INSURANCE COMPANIES INC., )
d/b/a ANTHEM BLUE CROSS BLUE SHIELD, )
                                    )
         Defendant. )
                                    )

## ORDER AMENDING PRELIMINARY APPROVAL ORDER

The Court having carefully considered the parties' Joint Motion to Amend Preliminary

Approval Order, IT IS HEREBY ORDERED THAT:

1.      The Joint Motion to Amend Preliminary Approval Order is GRANTED.

2.      The Court's Preliminary Approval Order [D.E. #46] is hereby by amended as

follows:

         a.      The second to last sentence of Paragraph 8 of the Preliminary Approval

Order is amended to state: "The Claims Administrator shall cause the Class Notice to be sent or

published by November 12, 2014."

         b.      The last sentence of Paragraph 9 of the Preliminary Approval Order is

amended to state: "All claim forms must be postmarked or received by the Claims Administrator

no later than January 11, 2015."

3.      The Court in its Preliminary Approval Order approves the form, contents and

requirements of the short form Mail Notice annexed to the Settlement Agreement as Exhibit C,

the long form Website Notice annexed to the Settlement Agreement as Exhibit F, and the internet

Publication Notice annexed to the Settlement Agreement as Exhibit D. [D.E. #46 ¶ 8.] The

Court now approves the amending of those documents to include and conform to the dates and contents set forth in this Order.

**IT IS SO ORDERED.**

Dated: _10-30-14_

_[signature]_

Stephen N. Limbaugh, Jr.
United States District Court Judge

US_ACTIVE-119763315.1

- 2 -