# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

RONALD LEES, on behalf of Himself and
other similarly situated,

                        Plaintiffs,

    v.

ANTHEM INSURANCE COMPANIES INC.,
d/b/a ANTHEM BLUE CROSS BLUE
SHIELD,

                        Defendant.

Case No. 4:3-cv-01411-SNLJ

**DECLARATION OF PHIL COOPER
RE: NOTICE PROCEDURES**

I, **Phil Cooper**, declare:

    1.     I am a Senior Consultant at Kurtzman Carson Consultants LLC ("KCC"), located at 75 Rowland Way, Suite 250, Novato, California. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

    2.     The purpose of this declaration is to provide the Parties and the Court with a summary and the results of the work performed by KCC related to the Notice Procedures for the *Lees v. Anthem Insurance Companies* settlement following the Preliminary Approval.

    3.     KCC was retained to, among other tasks, mail the Postcard Notice (the "Notice"), to purchase and facilitate internet banner notices (the "Publication Notice"), and to complete the CAFA notification. Copies of the Notice and CAFA notification are attached hereto as Exhibits A and B

1   respectively.

2       4.     On October 6, 2014, in compliance with the Class Action Fairness Act ("CAFA"), 28

3   U.S.C. Section 1715, KCC mailed a cover letter to the U.S. Attorney General and the Attorneys General

4   for the 55 affected U.S. states and territories. Included with the mailing was a CD-ROM containing the

5   relevant documents for this case, which are detailed and itemized in the cover letter. Copies of the cover

6   letter and the mailing list for the CAFA notice are attached hereto as Exhibit C.

7       5.     On October 1, 2014, KCC received from counsel for Defendant computerized lists

8   containing 830,953 unique cellular telephone numbers. Subsequently, on October 20, 2014 and October

9   28, 2014 we received additional files containing supplementary names and addresses. After

10   consolidating the files, performing reverse phone lookups for missing addresses where possible, and

11   accounting for duplicates, unmailable addresses, and multiple names and address associated with

12   individual phone numbers, 1,029,790 records remained on the final Class Member List for direct

13   noticing purposes.

14       6.     On or before November 11, 2014, KCC caused the addresses in the Class Member List to

15   be updated using the National Change of Address system, which updates addresses for all people who

16   had moved during the previous four years and filed a change of address with the U.S. Postal Service.

17   New addresses were found for 182,253 class members. The Class Member List was updated with these

18   new addresses.

19       7.     On or before November 12, 2014, KCC caused an Interactive Voice Response (the

20   "IVR") system to be established (888-992-0009) to provide information about the settlement and to

21   record requests for Notice Packets.

22       8.     On or before November 12, 2014, KCC caused a website to be established

23   (www.anthemtcpasettlement.com) to provide information about the settlement, post court documents

24   relating to the settlement, allow Class Members to submit claims electronically and download copies of

25   the Claim Form and Notice.

26       9.     On or before November 12, 2014, KCC caused the Notice to be printed on a double-sided

27   postcard and mailed by First Class mail to the 1,029,790 names and address on the Class Member List.

28       10.    To supplement the direct notice efforts, KCC produced and placed internet banner ads on

1   Xaxis Premium Network (XPN) and Bankrate.com. The XPN internet banners were behaviorally

2   targeted (*i.e.* data and analytics were used to tailor the digital ads based on consumers online behavior)

3   to reach adults who were searching for health insurance information because these individuals are more

4   likely to be Class Members in this case. A total of 6.75 million unique internet impressions were

5   purchased on this platform. These internet banners ran from November 16, 2014 through November 23,

6   2014 and, when completed, delivered an extra 18,226 impressions at no charge. Bankrate.com was

7   selected as another method to deliver internet impressions because people who visit it are those

8   searching for health insurance, mortgage, credit card, bank, auto insurance, investment, tax, retirement

9   and financial planning information. Bankrate.com offers original, objective content that covers major

10  personal finance topics. Their weekly offering includes over 50 editorial features, 14 advice columns, 13

11  blogs, 7 rate trend analyses, and over 155 new pieces. In addition, Bankrate.com receives over 13

12  million unique visitors every month. In general their visitors are upscale, educated and affluent, web-

13  savvy, take-charge, self-directed consumers who are comfortable researching and transacting financial

14  products online. A total of 2.75 million unique internet impressions were purchased on this platform.

15  These internet banners ran from November 16, 2014 through December 12, 2014 and, when completed,

16  delivered an extra 10,374 impressions at no charge.

17          11.     In an effort to further enhance coverage and boost response, KCC produced and placed

18  supplemental internet banner ads on XPN and Bankrate.com. The supplemental internet banners

19  provided a call to action by reminding potential Class Members to file a claim before the January 11,

20  2015 deadline. These supplemental internet banners appeared on XPN from December 22, 2014 through

21  January 11, 2015. A total of 6.75 million internet banners were purchased. Upon completion, 6,753,360

22  were delivered; providing 3,360 more impressions than planned at no charge. Supplemental internet

23  banners also appeared on Bankrate.com from December 23, 2014 through January 11, 2015. A total of

24  2.75 million internet banners were purchased. Upon completion, 2,763,027 were delivered; providing

25  3,027 more impressions than planned at no charge. Samples of both sets of internet banners are shown in

26  Exhibit C attached hereto.

27          12.     As of the date of this declaration, 3,683 Notice Packets were returned to KCC by the U.S.

28  Postal Service with forwarding addresses.  KCC caused the Class Member List to be updated with the

1  new addresses and Notice Packets to be re-mailed to the Class Members at each of these new addresses.

2      13.    As of the date of this declaration, 162,140 Notices were returned to KCC by the U.S.

3  Postal Service without forwarding addresses. Of those, 89,284 Notices were re-mailed after new

4  addresses were found through address searches.  In total, after all search and re-mail attempts, 56,730

5  records have no deliverable address. Based on our calculations, the individual notice effort reached

6  approximately 94.5% of the Class.

7      14.    As of the date of this declaration, 8,841 calls have been received by the IVR.  Of these

8  callers, 4,602 requested a Notice Packet.  All Notice Packet requests have been fulfilled.

9      15.    As of the date of this declaration, KCC has received 22 Requests for Exclusion.  A list of

10  the individuals requesting exclusion and copies of the exclusion requests are attached hereto as Exhibit

11  D.

12      16.    As of the date of this declaration, KCC has received one objection to the Settlement.

13      17.    As of the date of this declaration, 11,703 Claim Forms have been filed by Class

14  Members. Of the Claim Forms 9,166 were submitted through the website directly.  Of the 11,703 Claim

15  Forms:

16      a.  8,139 have been determined to be valid claims;

17      b.  319 were deemed invalid because they were submitted after the claims filing

18      deadline. Further review indicated 233 of these would be otherwise valid if they

19      had been submitted timely.

20      c.  13 were deemed invalid because they did not sign their Claim Form.  Further

21      review indicated that all 13 would be otherwise valid if they had signed their

22      Claim Form.

23      d.  2 were deemed invalid because they did not provide a cellular number on their

24      Claim Form at all.

25      e.  2,712 were deemed invalid because they provided a cellular number on their

26      claim form that did not match the class list; and

27      f.  518 have been identified as duplicative of other Claim Form received.

28      18.    As of the date of this declaration, KCC has estimated the total cost of administration

1  through completion to be $975,384.

2       19.     According to our calculations, the individual notice effort alone reached approximately

3  94.5% of the Class. The initial and supplemental internet banner notices served to further enhance

4  coverage and increase the number of opportunities for Class Members to be exposed to the Notice.

5       20.     According to the Federal Judicial Center's 2010 *Judges' Class Action Notice and Claims*

6  *Process Checklist and Plain Language Guide*[1], "A high percentage (e.g., between 70–95%) can often

7  reasonably be reached by a notice campaign." As illustrated above, the upper end of that range has been

8  achieved in this case.

9

10

11  I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true

12  and correct to the best of my knowledge and that this declaration was executed this 26th day of March

13  2015 at Novato, California.

14

15

16                                 Phil Cooper

17

18

19

20

21

22

23

24

25

26

27

28

[1] http://www.fjc.gov/public/pdf.nsf/lookup/NotCheck.pdf/$file/NotCheck.pdf

Declaration of Phil Cooper Re: Notice Procedures

# EXHIBIT A

*Lees v. Anthem Insurance Companies* **Claims Administrator**
P.O. Box 43316
Providence, RI  02940-3316

«Barcode»

Postal Service: Please do not mark barcode

Claim#: ANL-«ClaimID» - «MailRec»

«First1» «Last1»
«CO»
«Addr2»
«Addr1»
«City», «St»  «Zip»
«Country»

ANL

**If you were contacted by "Anthem Blue Cross and Blue Shield," or its affiliated companies ("Anthem") on the cellular phone number assigned to you without your consent between July 15, 2009 and July 16, 2014, you could receive money from a class action Settlement.**

This Court-Authorized notice describes your rights and gives information about the proposed Settlement in *Lees v. Anthem Insurance Companies, Inc.*, Case No. 4:13-cv-01411 (E.D.Mo.)

### Summary

Ronald Lees filed this class action lawsuit in the federal court located in St. Louis alleging that Anthem used automated telephone dialing equipment to call cellular phone numbers of persons who had not consented to receive such calls, in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227. Anthem expressly denies these allegations or that it did anything wrong. Anthem asserts that it is its practice to only call cellular numbers assigned to persons who consented to the calls by submitting requests via the Internet for information about, or quotes for, health insurance. You received this notice because potentially your cellular phone number was one that Alta Resources, Inc., a call center vendor, called on Anthem's behalf on or after July 15, 2009.

To avoid the expense and risks associated with trial, the parties have agreed to settle the case. Depending upon how many Class Members submit valid claim forms, Anthem will pay between $4.75 million and $6.25 million to settle this case (the "Settlement Fund"), which will be distributed pro rata to persons submitting valid claims after deducting payments for attorney fees and costs, Notice and Claims Administration expenses and a named plaintiff incentive award.

Given the number of likely valid claims, it is estimated that proper claimants will receive approximately $36 per uniquely assigned cellular phone number called to that claimant. If you received a call from Anthem to your assigned cellular number without your consent and wish to receive a distribution from the Settlement Fund, please submit a valid claim using the form found on the settlement website www.AnthemTCPASettlement.com or obtained from the Claims Administrator. Additional information, including the settlement agreement itself, is also available at www.AnthemTCPASettlement.com. Class counsel will apply to the Court for a payment from the Settlement Fund for their fees and costs (equal to 1/3 of the total potential recovery), an additional amount for Notice and Claims Administration expenses and an incentive award for the named plaintiff, Mr. Lees.

### YOUR RIGHTS AND OPTIONS (INCLUDING DEADLINES)

**Please submit a valid claim if you wish to participate**. To receive a Settlement Award from the Settlement Fund, Settlement Class Members must mail a valid and timely claim form to the Claims Administrator, who will verify your claim. You can obtain a claim form from www.AnthemTCPASettlement.com or by calling 1-888-992-0009 and requesting that a claim form be mailed to you. If you have any questions about properly filing a claim form, contact the Claims Administrator at 1-888-992-0009. **All claim forms must be postmarked by January 11, 2015.** If you do not send in a valid claim form, you will not receive any monetary benefit from this Settlement.

If you do **NOT** want to participate in the Settlement, you may exclude yourself by submitting a written request postmarked by December 27, 2014. Details and additional requirements regarding exclusions are available at www.AnthemTCPASettlement.com. If you were to exclude yourself and file your own case to pursue these claims, you would receive nothing from this Settlement, but would retain the right to file your own lawsuit against Anthem at your own cost. If you do not exclude yourself, you will be bound by the terms of the Settlement and give up your right to sue regarding the settled claims.

If you are a Settlement Class Member, and have not excluded yourself from the Settlement, you can object to any aspect of the Settlement. Written objections must be filed with the Court and sent to Counsel postmarked by December 27, 2014. Details and additional requirements regarding exclusions and objections are available at www.AnthemTCPASettlement.com. Anyone who objects to the Settlement may ask to appear at the Fairness Hearing.

**The Court has set the Fairness Hearing for April 1, 2015** at **1:30 p.m.**, at the United States District Court for the Eastern District of Missouri, St. Louis Division located at 111 South 10th Street, St. Louis, MO 63102.

**This notice is only a summary. Complete details about your rights and options are available at www.AnthemTCPASettlement.com or by contacting the Claims Administrator at 1-888-992-0009. Do not call the Court.**

---

**1**     Companies affiliated with Anthem include companies doing business as Blue Cross/Blue Shield of Georgia, Empire Blue Cross/Blue Shield and Blue Cross of California.

# EXHIBIT B



**David Z. Smith**
Direct Phone: +1 312 207 6476
Email: dzsmith@reedsmith.com

10 South Wacker Drive
Chicago, IL 60606-7507
Tel +1 312 207 1000
Fax +1 312 207 6400
reedsmith.com

October 6, 2014

VIA PRIORITY MAIL

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State»  «Zip»

      Re:    Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear «First» «Last»:

REED SMITH LLP represents Anthem Insurance Companies Inc. ("Anthem") in a putative class action lawsuit entitled *Ronald Lees, et al., v. Anthem Insurance Companies Inc., d/b/a/ Anthem Blue Cross Blue Shield*, Case No. 4:13-cv-01411-SNLJ. The lawsuit is pending before the Honorable Stephen N. Limbaugh, Jr., in the United States District Court for the Eastern District of Missouri, St. Louis Division. This letter is to advise you that Plaintiff filed a Motion for Preliminary Approval of Class Action Settlement in connection with this class action lawsuit on September 26, 2014.

| | |
|---|---|
| **Case Name:** | *Ronald Lees, et al., v. Anthem Insurance Companies Inc., d/b/a Anthem Blue Cross Blue Shield* |
| **Case Number:** | 4:13-cv-01411-SNLJ |
| **Jurisdiction:** | United States District Court, Eastern District of Missouri, St. Louis Division |
| **Date Settlement Filed with Court:** | September 26, 2014 |

     Defendant denies any wrongdoing or liability whatsoever, but has decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation. In compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter:

    1.    **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** Copies of the *Complaint - Class Action* and *Defendants Answer and Affirmative Defenses* are included on the enclosed CD Rom.

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ HOUSTON
SINGAPORE ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ ATHENS ♦KAZAKHSTAN

03/26/2015 1:43 PM



«First» «Last»
October 6, 2014
Page 2

2.  **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** As of October 6, 2014, the Court in its Preliminary Approval Order, has scheduled a final fairness hearing in this matter to take place on April 1, 2015, at 1:30 p.m. before the Honorable Stephen N. Limbaugh, Jr.  A copy of the Court's *Preliminary Approval Order*, entered on September 29, 2014, is included on the enclosed CD Rom.

3.  **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** Copies of the *Claim Form, Mail Notice, Publication Notice,* and *Website Notice* to be provided to the class is included on the enclosed CD Rom.

4.  **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** A copy of the *Settlement Agreement and Release* (with accompanying Exhibits) is included on the enclosed CD Rom.

5.  **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** As of October 6, 2014, no other settlement or agreement has been entered into by the parties to this Action.

6.  **28 U.S.C. § 1715(b)(6) – Final Judgmen**t:  No Final Judgment has been reached as of October 6, 2014, nor have any Notices of Dismissal been granted at this time.

7.  **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:** Pursuant to 28 U.S.C. § 1715(b)(7)(A)-(B), at this time a complete list of names of class members as well as each State of residence is not available, because other than the named plaintiff, class members, as a whole, are known by their cellular telephone numbers. Anthem only has limited records of addresses corresponding to only some of the approximately 830,000 cellular telephones at issue, and that information is not necessarily current. Because cellular telephone numbers are portable, there is not always a correlation between the area code of a cellular telephone and the phone owner's state of residence. Based upon the limited address information and using the area codes of the cellular telephone numbers, a table showing the approximated States of residence of the class by percentage is attached to this letter as Exhibit A.  Nonetheless, under the proposed settlement, class members are treated equally in the determination of each class member's respective entitlement to relief, regardless of where they live.

8.  **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** As the proposed Settlement is still pending final approval by the Court, other than the Preliminary Approval Order, there are no other opinions available at this time.  A copy of the Preliminary Approval Order, entered on September 29, 2014, is included on the enclosed CD Rom.

ReedSmith

«First» «Last»
October 6, 2014
Page 3


  If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. §
1715, please contact REED SMITH LLP immediately so that Anthem can address any concerns or questions
you may have.

  Thank you.

         Sincerely,


         */s/*
         David Z. Smith
         REED SMITH LLP

Attachment
Enclosure – CD Rom October 2, 2014

# Attachment A

| Last | First | Company | Address 1 | Address 2 | City | State | Zip | |
|------|-------|---------|-----------|-----------|------|-------|-----|---|
| Geraghty | Michael | Office of the Alaska Attorney General | P.O. Box 110300 | | Juneau | AK | 99811-0300 | |
| Strange | Luther | Office of the Alabama Attorney General | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 | |
| McDaniel | Dustin | Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 | |
| Horne | Tom | Office of the Arizona Attorney General | 1275 W. Washington Street | | Phoenix | AZ | 85007 | |
| | CAFA Coordinator | Office of the Attorney General | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 | |
| Suthers | John | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 | |
| Jepsen | George | State of Connecticut Attorney General's Office | 55 Elm Street | | Hartford | CT | 6106 | |
| Nathan | Irvin | District of Columbia Attorney General | 441 4th Street, NW, Suite 1100S | | Washington | DC | 20001 | |
| Holder, Jr. | Eric H. | Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 | |
| Biden III | Joseph R. | Delaware Attorney General | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 | |
| Bondi | Pam | Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 | |
| Olens | Sam | Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 | |
| Louie | David | Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 | |
| Miller | Tom | Iowa Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 | |
| Wasden | Lawrence | State of Idaho Attorney General's Office | Statehouse | 700 W Jefferson St | Boise | ID | 83720-0010 | |
| Madigan | Lisa | Illinois Attorney General | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 | |
| Zoeller | Greg | Indiana Attorney General's Office | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 | |
| Schmidt | Derek | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 | |
| Conway | Jack | Office of the Kentucky Attorney General | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601 | |
| Caldwell | James D. | Office of the Louisiana Attorney General | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 | |
| Coakley | Martha | Office of the Attorney General of Massachusetts | 1 Ashburton Place | | Boston | MA | 02108-1518 | |
| Gansler | Douglas F. | Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 | |
| Mills | Janet | Office of the Maine Attorney General | State House Station 6 | | Augusta | ME | 04333 | |
| Schuette | Bill | Office of the Michigan Attorney General | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 | |
| Lori Swanson | Attorney General | Attention: CAFA Coordinator | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 | |
| Koster | Chris | Missouri Attorney General | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 | |
| Hood | Jim | Mississippi Attorney General's Office | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 | |
| Fox | Tim | Office of the Montana Attorney General | Justice Bldg. | 215 N. Sanders Street | Helena | MT | 59620-1401 | |
| Cooper | Roy | Office of the North Carolina Attorney General | Department of Justice | P.O. Box 629 | Raleigh | NC | 27602-0629 | |
| Stenehjem | Wayne | North Dakota Office of the Attorney General | State Capitol | 600 E. Boulevard Avenue | Bismarck | ND | 58505-0040 | |
| Bruning | Jon | Office of the Nebraska Attorney General | State Capitol | P.O. Box 98920 | Lincoln | NE | 68509-8920 | |
| Delaney | Michael | New Hampshire Attorney General | State House Annex | 33 Capitol Street | Concord | NH | 03301-6397 | |
| Chiesa | Jeffrey S. | Office of the New Jersey Attorney General | Richard J. Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625 | |
| King | Gary | Office of the New Mexico Attorney General | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 | |
| Masto | Catherine Cortez | Nevada Attorney General | Old Supreme Ct. Bldg. | 100 North Carson Street | Carson City | NV | 89701 | |
| Schneiderman | Eric | Office of the New York Attorney General | Department of Law | The Capitol, 2nd Floor | Albany | NY | 12224 | |
| Dewine | Mike | Ohio Attorney General | State Office Tower | 30 E. Broad Street | Columbus | OH | 43266-0410 | |
| Pruitt | Scott | Oklahoma Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 | |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | Justice Building | 1162 Court Street, NE | Salem | OR | 97301 | |
| Kane | Kathleen | Pennsylvania Office of the Attorney General | 1600 Strawberry Square | | Harrisburg | PA | 17120 | |
| Kilmartin | Peter | Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 | |
| Wilson | Alan | South Carolina Attorney General | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 | |
| Jackley | Marty J. | South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 | |
| Cooper, Jr. | Robert E. | Tennessee Attorney General and Reporter | 425 5th Avenue North | | Nashville | TN | 37243 | |
| Abbott | Greg | Attorney General of Texas | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 | |
| Swallow | John | Utah Office of the Attorney General | State Capitol, Room 236 | 305 N State St | Salt Lake City | UT | 84114-0810 | |
| Cuccinelli | Ken | Office of the Virginia Attorney General | 900 East Main Street | | Richmond | VA | 23219 | |
| Sorrell | William H. | Office of the Attorney General of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 | |
| Ferguson | Bob | Washington State Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 | |
| Van Hollen | J.B. | Office of the Wisconsin Attorney General | Dept of Justice, State Capitol, RM 114 | East P.O. Box 7857 | Madison | WI | 53707-7857 | |
| Morrisey | Patrick | West Virginia Attorney General | State Capitol | 1900 Kanawha Blvd E | Charleston | WV | 25305 | |
| Phillips | Gregory | Office of the Wyoming Attorney General | State Capitol Bldg. | 200 W 24th St | Cheyenne | WY | 82002 | |
| Lutu | Afoa Leulumoega | American Samoa Attorney General | Exec. Ofc. Bldg, Utulei | Territory of American Samoa | Pago Pago | AS | 96799 | |
| Rapadas | Leonardo M | Attorney General Office | 590 S. Marine Corps Drive | ITC Bldg, Suite 706 | Tamuning | Guam | 96913 | |
| San Nicolas | Joey Patrick | Northern Mariana Islands Attorney General | Administration Building | PO Box 10007 | Saipan | MP | 96950-8907 | |
| Miranda-Rodriguez | Cesar R. | Puerto Rico Attorney General | P.O. Box 902192 | | San Juan | PR | 00902-0192 | |
| Frazer | Vincent | Department of Justice | | 34-38 Kronprindsens Gade, GERS Bldg, 2nd Floor | St. Thomas | VI | 00802 | |
| Burke | Alexander H. | Burke Law Offices, LLC | 155 N. Michigan Avenue | Suite 9020 | Chicago | IL | 60601 | aburke@burkelawllc.com |
| Larry P. Smith | David M. Marco & | Smith Marco, P.C. | 205 North Michigan Avenue | Suite 2940 | Chicago | IL | 60601 | dmarco@smithmarco.com |
| Smith | David Z. | Reed Smith LLP | 10 South Wacker Drive | | Chicago | IL | 60606-7507 | dzsmith@reedsmith.com |
| Passarella | Patrick M. | KCC Class Action Services | 75 Rowland Way | Suite 250 | Novato | CA | 94945 | |
| Carameros | Jonathan D. | KCC Class Action Services | 75 Rowland Way | Suite 250 | Novato | CA | 94945 | |

# EXHIBIT C



Bankrate, Inc.








iVillage    Food    Beauty & Style    Home    Health    Pregnancy & Parenting    Love & Sex    Entertainment    Boards    More    Follow us

AdChoices ▷

If you received a sales inquiry call on your cell phone from or on behalf of Anthem Blue Cross/Blue Shield or its affiliated companies without your prior consent, you may be entitled to a cash payment from a class action settlement.    CLICK HERE

## HOME INSPIRATION GALLERIES



**Browse hundreds of photos of inspiring rooms, then save and share your favorite pics!**

SEE ALL GALLERIES

Keep and share your favorite home photos to get inspired anytime

CREATE A BOARD

### Top Stories on Home & Garden

November 24, 2014



Planning a Party? The 7 Most Genius Products Since Wine Glass Tags

8 Fresh Ways to Decorate With Mirrors

**How To Start Composting At Home, A Guide For Beginners**

10 Ways to Clean with Lemon

*Home & Garden Tool Kit*

      

INSPIRATION GALLERIES    INSPIRATION BOARDS    WALL PAINT CALCULATOR

RENT OR BUY    WALLPAPER CALCULATOR    CARPET CALCULATOR

NEW ON IVILLAGE
DECOR
**Pin This Now: Decor Inspiration for Every Room**



   



XAXIS

Lees v. Anthem Insurance Companies – 160x600
Site – Luxurylifestyle.com













**EXHIBIT D**

**KCC Class Action Services**
**Lees v. Anthem Insurance**
**Exclusion Report**
**3/24/15**



**Count:**                    22

| Claim ID | Last Name | First Name |
|---|---|---|
| 10033162201 | ARLEO | CHRISTINE |
| 10052609301 | BANTES | KAITLIN |
| 10078447101 | BEVINS | SHEILA |
| 10091886401 | BONEY | ALEXANDER |
| 10122615901 | BUONOCORE | FRANCIS |
| 10204214701 | CRUZ | FRANCHESKA |
| 10257545901 | DWYER | JESSICA |
| 10271809001 | ESCALANTE | ANITA |
| 10329667001 | GEVERA | ANGELYN |
| 10451259301 | JELINSKI | LAURA |
| 10459330101 | JOHNSON | JOLI |
| 10494559001 | KIRK | ALAN |
| 10535072201 | LEWIS | JAMES |
| 10611018401 | MEJIA | S |
| 10611035401 | MEJIA | SHARON |
| 10660483101 | NASON | YVETTE |
| 10724743401 | PHILLIPS | LINDA |
| 10943825501 | TRUMPS | SUSAN |
| 11011347001 | WILSON | DIANE |
| 11012050401 | WILSON | KATRINA |
| 11017156101 | WOLDE | BANCHU |
| 11018475001 | WONG | DEBORAH |