**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**ST. LOUIS DIVISION**

| | | |
|---|---|---|
| RONALD LEES, on behalf of Himself and other similarly situated, Plaintiff, | ) ) ) ) | 4:13-cv-01411-SNLJ |
| v. | ) ) ) | Judge Limbaugh |
| ANTHEM INSURANCE COMPANIES INC., d/b/a ANTHEM BLUE CROSS BLUE SHIELD, Defendant. | ) ) ) | |

## STIPULATION AND ORDER

WHEREAS, class member Glenn Kassiotis ("Objector") filed an objection to the settlement of this case, offered assistance to the Court at the hearing on the proposed Class settlement, and otherwise brought the benefit of adversarial analysis;

WHEREAS, consistent with one of Objector's arguments, class counsel's request for attorneys' fees were reduced resulting in an increase in the amount to be paid to class members;

WHEREAS, class counsel and Objector's counsel, John W. Davis, subsequently negotiated to determine attorneys' fees to be allocated to Objector's counsel and, on consideration of the relevant factors, agreed upon the source and amount of fees to be paid.

THEREFORE, the settling parties hereby stipulate as follows:

1. Upon approval of this Stipulation by the Court, the Objector's Motion for Attorneys' Fees (Doc. # 76) shall be deemed withdrawn as having been substantially met.

2. The settling parties have agreed to allocate $41,000.00 for fees, expenses, and incentive award to Objector and his counsel. The payment shall be taken from the fee awarded to class counsel in the case, and shall be paid over within five days of class counsel's receipt of

their own fee.  The payment shall be divided as follows: $40,000.00 as fees and expenses, payable to Mr. Davis, and $1000.00 as an incentive payment, payable to Objector.

    3.    This stipulation hereby resolves all issues among the parties, and all of Mr. Kassiotis', claims and objections are hereby dismissed with prejudice and without costs or fees, except as indicated herein.

| For Plaintiffs: | For Glenn Kassiotis |
|---|---|
| s/Larry P. Smith<br>s/David M. Marco<br>SMITH MARCO, P.C.<br>205 N. Michigan Ave., Suite 2940<br>Chicago, IL 60601<br>Telephone: (312) 546-6539<br>Facsimile: (888) 418-1277<br>lsmith@smithmarco.com<br>dmarco@smithmarco.com<br><br>s/Alexander H. Burke<br>BURKE LAW OFFICES, LLC<br>155 N. Michigan Ave., Suite 9020<br>Chicago, IL 60601<br>Telephone: (312) 729-5288<br>Facsimile: (312) 729-5289<br>aburke@burkelawllc.com | s/ John W. Davis<br>Law Office of John W. Davis<br>501 W. Broadway, Suite 800<br>San Diego, CA 92101<br>Telephone : (619) 400-4870<br>Facsimile: (619) 342-7170<br>john@johnwdavis.com |

IT IS SO ORDERED

Dated this ____ day of July, 2015

                                                                                      _____
                                                                                      STEPHEN N. LIMBAUGH, JR.
                                                                                      UNITED STATES DISTRICT JUDGE