# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# ST. LOUIS DIVISION

| | |
|---|---|
| RONALD LEES, on behalf of Himself and other similarly situated, <br>     Plaintiff, <br><br> v. <br><br> ANTHEM INSURANCE COMPANIES INC., d/b/a ANTHEM BLUE CROSS BLUE SHIELD, <br>     Defendant. | 4:13-cv-01411-SNLJ <br><br> Judge Limbaugh |

## STIPULATION AND ORDER

WHEREAS, class member Glenn Kassiotis ("Objector") filed an objection to the settlement of this case, offered assistance to the Court at the hearing on the proposed Class settlement, and otherwise brought the benefit of adversarial analysis;

WHEREAS, consistent with one of Objector's arguments, class counsel's request for attorneys' fees were reduced resulting in an increase in the amount to be paid to class members;

WHEREAS, class counsel and Objector's counsel, John W. Davis, subsequently negotiated to determine attorneys' fees to be allocated to Objector's counsel and, on consideration of the relevant factors, agreed upon the source and amount of fees to be paid.

THEREFORE, the settling parties hereby stipulate as follows:

1. Upon approval of this Stipulation by the Court, the Objector's Motion for Attorneys' Fees (Doc. # 76) shall be deemed withdrawn as having been substantially met.

2. The settling parties have agreed to allocate $41,000.00 for fees, expenses, and incentive award to Objector and his counsel. The payment shall be taken from the fee awarded to class counsel in the case, and shall be paid over within five days of class counsel's receipt of

their own fee. The payment shall be divided as follows: $40,000.00 as fees and expenses, payable to Mr. Davis, and $1000.00 as an incentive payment, payable to Objector.

3. This stipulation hereby resolves all issues among the parties, and all of Mr. Kassiotis', claims and objections are hereby dismissed with prejudice and without costs or fees, except as indicated herein.

For Plaintiffs:

s/Larry P. Smith
s/David M. Marco
SMITH MARCO, P.C.
205 N. Michigan Ave., Suite 2940
Chicago, IL 60601
Telephone: (312) 546-6539
Facsimile: (888) 418-1277
lsmith@smithmarco.com
dmarco@smithmarco.com

s/Alexander H. Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289
aburke@burkelawllc.com

For Glenn Kassiotis

s/ John W. Davis
Law Office of John W. Davis
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone : (619) 400-4870
Facsimile: (619) 342-7170
john@johnwdavis.com

IT IS SO ORDERED

Dated this 9th day of July, 2015

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE