RECEIVED
AUG 11 2015
BY MAIL

Richard T Smith
3032 Bobolink Dr.
Rex, Georgia 30273

August 8, 2015

Re: Lees vs Anthem Insurance Co
    Case # 4:13-cv-01411(E.D.MO.)

Clerk of the Court
U S District Court of Eastern District Missouri
111 South 10th Street
St. Louis, MO 63102

Alexander H Burke
Burke Law Office, LLC
155 N. Michigan Ave.
Suite 9020
Chicago, IL 60601

Dan J. Hofmester
Reed & Smith
10 S. Wacker Dr.
40th Floor
Chicago, IL 60606

Dear Clerk and Attorneys:

The last I heard from anyone on the above matter was when I received my claim form, filled it out an mailed.

Since then NOTHING. Search of the web site shows no updates and a phone call to the phone number listed, also show nothing new.

The last I have in hand, shows a 'Fairness Hearing" set with the court for April 1, 2015.

Could you please advise present status of this matter to me.

Richard T Smith

*Lees v. Anthem Insurance Companies* Claims Administrator
P.O. Box 43316
Providence, RI 02940-3316

# ANL

Claim #: ANL-10873787101
RICHARD SMITH
3032 BOBOLINK DR
REX, GA 30273-1607

## ANTHEM INSURANCE INFORMATION RESPONSE SETTLEMENT CLAIM FORM
*Lees v. Anthem Insurance Companies, Inc.*, No. 4:13-cv-01411 (E.D. Mo.)
### Your Verified Information

1. Your name: __RICHARD SMITH__

2. Address: __3032 BOBOLINK DR__

   City: __REX__    State: __GA__    Zip Code: __30273-1607__

3. Contact telephone number: (__770__) __968-7095__    Email: __8691rts@att.net__

4. Cellular phone number at which you received phone call(s) from Anthem: (__678__) __372-4870__

### CERTIFICATION

By submitting this claim form, I certify that on or after July 15, 2009, I received one or more telephone calls from or on behalf of Anthem Blue Cross/Blue Shield or its affiliated companies[1] to the cellular number identified above. I further certify that I did not voluntarily provide this cellular phone number on a website or by other means in which I asked to be contacted by Anthem Blue Cross/Blue Shield or one of its affiliated companies on my cellular phone with health insurance information or quotes. I also certify that the information supplied herein is true and correct according to the best of my personal knowledge.

_____    _____
Date (mm/dd/yyyy)                           Signature

**Submit the Claim Form Online or Mail to:**
*Lees v. Anthem Insurance Companies* Claims Administrator
P.O. Box 43316
Providence, RI 02940-3316

Your submitted claim form must be received online or postmarked **on or before January 11, 2015.**

**YOUR CLAIM FORM WILL NOT BE RETURNED TO YOU. PLEASE RETAIN A COPY FOR YOUR RECORDS. ACCURATE PROCESSING AND VERIFICATION OF CLAIMS MAY TAKE A SIGNIFICANT AMOUNT OF TIME. THANK YOU IN ADVANCE FOR YOUR PATIENCE.**

**QUESTIONS? A COPY OF THE CLASS NOTICE, SETTLEMENT AGREEMENT AND OTHER INFORMATION REGARDING THE SETTLEMENT IS AVAILABLE AT THE CLAIMS ADMINISTRATOR'S WEBSITE AT www.AnthemTCPASettlement.com. YOU CAN ALSO CALL THE CLAIMS ADMINISTRATOR TOLL-FREE AT 1-888-992-0009.**

---

[1] Affiliated companies include companies doing business as Blue Cross/Blue Shield of Georgia, Empire Blue Cross/Blue Shield and Blue Cross of California

    

ANL10873787101        ANLPCW1

**If you were contacted by "Anthem Blue Cross and Blue Shield" or its affiliated companies ("Anthem")[1] on the cellular phone number assigned to you without your consent between July 15, 2009 and July 16, 2014, you could receive money from a class action Settlement.**

This Court-Authorized notice describes your rights and gives information about the proposed Settlement in *Lees v. Anthem Insurance Companies, Inc.*, Case No. 4:13-cv-01411 (E.D.Mo.)

### Summary

Ronald Lees filed this class action lawsuit in the federal court located in St. Louis alleging that Anthem used automated telephone dialing equipment to call cellular phone numbers of persons who had not consented to receive such calls, in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227. Anthem expressly denies these allegations or that it did anything wrong. Anthem asserts that it is its practice to only call cellular numbers assigned to persons who consented to the calls by submitting requests via the Internet for information about, or quotes for, health insurance. You received this notice because potentially your cellular phone number was one that Alta Resources, Inc., a call center vendor, called on Anthem's behalf on or after July 15, 2009.

To avoid the expense and risks associated with trial, the parties have agreed to settle the case. Depending upon how many Class Members submit valid claim forms, Anthem will pay between $4.75 million and $6.25 million to settle this case (the "Settlement Fund"), which will be distributed pro rata to persons submitting valid claims after deducting payments for attorney fees and costs, Notice and Claims Administration expenses and a named plaintiff incentive award.

Given the number of likely valid claims, it is estimated that proper claimants will receive approximately $36 per uniquely assigned cellular phone number called to that claimant. If you received a call from Anthem to your assigned cellular number without your consent and wish to receive a distribution from the Settlement Fund, please submit a valid claim using the form found on the settlement website www.AnthemTCPASettlement.com or obtained from the Claims Administrator. Additional information, including the settlement agreement itself, is also available at www.AnthemTCPASettlement.com. Class counsel will apply to the Court for a payment from the Settlement Fund for their fees and costs (equal to 1/3 of the total potential recovery), an additional amount for Notice and Claims Administration expenses and an incentive award for the named plaintiff, Mr. Lees.

### YOUR RIGHTS AND OPTIONS (INCLUDING DEADLINES)

**Please submit a valid claim if you wish to participate**. To receive a Settlement Award from the Settlement Fund, Settlement Class Members must mail a valid and timely claim form to the Claims Administrator, who will verify your claim. You can obtain a claim form from www.AnthemTCPASettlement.com or by calling 1-888-992-0009 and requesting that a claim form be mailed to you. If you have any questions about properly filing a claim form, contact the Claims Administrator at 1-888-992-0009. **All claim forms must be postmarked by January 11, 2015.** If you do not send in a valid claim form, you will not receive any monetary benefit from this Settlement.

If you do **NOT** want to participate in the Settlement, you may exclude yourself by submitting a written request postmarked by December 27, 2014. Details and additional requirements regarding exclusions are available at www.AnthemTCPASettlement.com. If you were to exclude yourself and file your own case to pursue these claims, you would receive nothing from this Settlement, but would retain the right to file your own lawsuit against Anthem at your own cost. If you do not exclude yourself, you will be bound by the terms of the Settlement and give up your right to sue regarding the settled claims.

If you are a Settlement Class Member, and have not excluded yourself from the Settlement, you can object to any aspect of the Settlement. Written objections must be filed with the Court and sent to Counsel postmarked by December 27, 2014. Details and additional requirements regarding exclusions and objections are available at www.AnthemTCPASettlement.com. Anyone who objects to the Settlement may ask to appear at the Fairness Hearing.

**The Court has set the Fairness Hearing for April 1, 2015** at 1:30 p.m., at the United States District Court for the Eastern District of Missouri, St. Louis Division located at 111 South 10th Street, St. Louis, MO 63102.

**This notice is only a summary.** Complete details about your rights and options are available at www.AnthemTCPASettlement.com or by contacting the Claims Administrator at 1-888-992-0009. Do not call the Court.

---

[1] Companies affiliated with Anthem include companies doing business as Blue Cross/Blue Shield of Georgia, Empire Blue Cross/Blue Shield and Blue Cross of California.

---

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: RT Smith
3032 Bobolink Ln
Rex, GA 30273

To: Lees vs Anthem
Claims Adm
PO Box 43316



U.S. POSTAGE PAID REX, GA 30273 NOV 17 14 AMOUNT $1.30 0009261913

R T Smith
3032 Bobolink Dr.
Rex, GA  30273

ATLANTA METRO 300

08 AUG 2015 PM 3 L



RECEIVED
AUG 11 2015
BY MAIL

Clerk of the Court
U S District Court of Eastern District
Missouri
111 South 10th Street
St. Louis, MO  63102

63102112599