UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONALD LEES, on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 4:13CV1411 SNLJ ) ) |
| ANTHEM INSURANCE COMPANIES INC., d/b/a ANTHEM BLUE CROSS BLUE SHIELD, | ) ) ) ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on communication from Robert Troise, who states that he seeks to be included in the settlement of this Class Action lawsuit. A hearing regarding the fairness of the settlement reached by the parties was held on April 9, 2015, and it was attended by counsel for plaintiff, counsel for defendant, and counsel for objector Glenn Kassiotis. The Court approved the settlement pursuant to Federal Rule of Civil Procedure 23(e)(2). The class members are limited to the 830,593 specific cellular telephone numbers that were called by defendant or its agent. Class members were able to submit claim forms through a Settlement Website containing additional information regarding the litigation and settlement. Class members were required to submit claim forms by January 11, 2015. An issue arose regarding late-filed claims forms, and the Court determined that all Forms postmarked or received electronically through the Claims website no later than January 18, 2015 were valid.

On April 18, 2016, more than a year after the deadline for claims submission had passed, this Court received a document from Robert Troise titled "Motion" that stated he

1

is a class member, that he had called the phone numbers "given by the court" and also faxed the claims administrator "to no avail." (#81.) The Clerk's Office responded that claims forms were required to have been submitted by January 11, 2015, and that the case had been closed on June 16, 2015, so his matter would not be addressed because it was untimely. Mr. Troise responded, writing on the letter sent by the clerk, that he was told to write to the Court "on a motion on this case."

It is not clear exactly what relief Mr. Troise seeks from this Court. The claims administrator has certainly by now been made aware of his concerns, so this Court presumes that the claims administrator properly handled Mr. Troise's claim. To the extent Mr. Troise seeks leave from this Court to file a claim past January 18, 2015, his request is denied.

Accordingly,

IT IS HEREBY ORDERED that Robert Troise's motion is DENIED.

Dated this  13th  day of May, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE